PONCE & GUAYAMA RAILROAD CO. *v.* MUÑOZ, JUEZ DE DISTRITO.

SOLICITUD para que se dicte un auto de *Mandamus.*

No. 124.—Resuelto en marzo 14, 1907.

Resuelto por los fundamentos de la opinión emitida en el caso número 125, *Ponce and Guayama Railroad Co.* v. *Muñoz,* Juez de Distrito, página 165.

Los hechos están expresados en la opinión.

Abogado del demandante: *Sr. José Tous Soto.*

Abogado del demandado: *Sr. Rossy, Fiscal.*

El Juez Presidente Sr. Quiñones emitió la opinión del tribunal.

Ante la Corte de Distrito del Distrito Judicial de Guayama siguió la *Ponce & Guayama Railroad Co.* un procedimiento contra el municipio de Guayama sobre expropiación forzosa de ciertas parcelas de terreno y el jurado insaculado para fijar el importe de la indemnización debida por dichas parcelas á la parte demandada, pronunció su veredicto el día 31 de octubre de 1906, comunicándolo el presidente de dicho jurado al secretario de la Corte de Distrito de Guayama, en la misma fecha en que fuera dictado, previniéndole que las partes habían sido citadas para que concurrieran á oir su pronunciamiento.   El día 9 de noviembre siguiente, la Corte de Distrito de Guayama dictó sentencia definitiva en el caso, adjudicando á la compañía demandante título de los terrenos, cuya expropiación solicitaba y dentro de los 15 días siguientes á haberse dictado la sentencia, ó sea el 22 del mismo noviembre, el abogado de la compañía demandante, Sr. Tous Soto, hizo la consignación ante la misma corte de novecientos diez y nueve dollars dos centavos, importe de la indemnización fijada por el jurado, haciéndose dicha consignación de acuerdo con las prescripciones de la ley sobre expropiación forzosa, presentando también en ese mismo día en la secretaría del tribunal una notificación estableciendo apelación del veredicto del jurado, y una moción pidiendo á la corte señalara día para la vista de la apelación.   La corte señaló el día primero de diciembre de 1906 para discutir la moción del demandante, estableciendo apelación contra el veredicto pronunciado por el jurado en el caso mencionado y habiendo comparecido las partes, por medio de sus respectivos abogados, la corte, después de oir la moción y las alegaciones de las mismas, resolvió que no era admisible la apelación por haberse interpuesto fuera de término y por no haberse expuesto tampoco los hechos que se

sometían á la consideración del tribunal, denegando por tanto la apelación con las costas al promovente.

El abogado Sr. Tous Soto, en representación de la *Ponce & Guayama Railroad Co.*, presentó escrito á este tribunal en 13 de diciembre último, solicitando un auto de mandamus contra el juez de la Corte de Distrito del Distrito Judicial de Guayama, para que se le ordene proceda á señalar día y hora para la vista de la apelación referida, ó en otro caso, para que comparezca ante este tribunal y exponga las razones que le asistan para no verificarlo; expedida una orden al juez de la corte de distrito para que expresara las causas por las cuales no debiera dictarse el auto de *mandamus* solicitado, compareció el Honorable Attorney General, en su representación, y después de exponer brevemente los hechos del caso en su contestación, alegó que la resolución dictada por el demandado con fecha 1º. de diciembre de 1906, desestimando la apelación interpuesta por la compañía contra el veredicto del jurado, es una resolución final y definitiva de la cual podía apelarse para ante la Corte Suprema de Puerto Rico.

La cuestión que hay que resolver en el presente caso es exactamente la misma que este tribunal resolvió ya, recientemente, en el caso de *mandamus* No. 125, promovido ante este tribunal entre las mismas partes, y en que se declaró que no procedía expedir el auto de *mandamus* perentorio que se solicitaba.

Por las mismas razones expresadas en la opinión que sirvió de fundamento á la resolución de este tribunal en el caso referido, proponemos que se desestime la petición presentada en este caso; declarándose no haber lugar á expedir el auto de *mandamus* que en el mismo se interesa.

*Denegado.*

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.